

**FILED**

DEC 1 6 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| James C. Myers & Cassandra M. Myers, | |
| Debtor(s). | Case No. 2:09-bk-15382-RTB |
| GE Money Bank, | **(CHARLES G. CASE, II)** |
| Movant, vs. | |
| James C. Myers & Cassandra Margaret Myers, Debtors; and Russell A. Brown, Chapter 13 Trustee, | ORDER OF RECUSAL (GE Money Bank) |
| Respondent(s). | |

Before the court is the Motion For Relief From the Automatic Stay filed by GE MONEY BANK. It appearing that the Hon. Redfield T. Baum has a conflict of interest and must recuse himself from considering the motion and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C.§ 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for consideration.

DATED this ___16___ day of December, 2009.

_____
Honorable Redfield T. Baum
United States Bankruptcy Judge

12/17/2009

Copy of the foregoing
mailed this __16__ day of
December, 2009 to:

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona   85016

James C. & Cassandra M. Myers
25723 S. 182nd Place
Queen Creek, Arizona   85142

Dwayne Farnsworth
1837 S. Mesa Drive, Suite A103
Mesa, Arizona 85210

Russell A. Brown
3838 North Central Avenue, Suite 800
Phoenix, Arizona   85012-1965

by _____
           Judicial Assistant